* HATTIE C. BELL *vs.* THE HARTFORD AND SPRINGFIELD STREET RAILWAY COMPANY.

First Judicial District.

Argued January 2d—decided January 18th, 1907.

ACTION to recover damages for personal injuries alleged to have been caused by the negligence of the defendant,

*This case arose out of the same accident as that described in the case of *Garfield* v. *Hartford & Springfield Street Railway Co.*, *ante*, p. 458, and the only substantial difference between the two cases is that the complaint in this action shows that the plaintiff was an occupant of the automobile owned and driven by the plaintiff in the Garfield case. *Reporter.*

brought to the Superior Court in Hartford County where demurrers to the complaint were sustained (*Robinson, J.*), and pursuant thereto judgment was afterward rendered (*Gager, J.*) for the defendant, from which the plaintiff appealed.  *Error and cause remanded.*

*Andrew J. Broughel*, for the appellant (plaintiff).

*Charles E. Perkins* and *Arthur Perkins*, for the appellee (defendant).

Opinion filed with the clerk of the Superior Court in Hartford County.